**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KHALIL HAMMOND,

Plaintiff,

v.

CORRECTIONS OFFICER THOMAS, *et al.*,

Defendants.

2:24-CV-1535

**ORDER**

This *pro se* civil-rights case was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Judge Brown issued an R&R, where he recommended dismissing certain claims and Defendants. ECF 62. Plaintiff Khalil Hammond filed a motion for reconsideration, which the Court construes as his objections. ECF 64. On *de novo* review, the Court overrules the objections and adopts the R&R.

Mr. Hammond mainly makes arguments that were appropriately considered as part of the R&R and correctly decided, so the Court doesn't repeat the analysis. The Court does write to address one particular objection. Mr. Hammond argues that the official-capacity claims should remain in the case because he only seeks prospective injunctive relief, which would fall outside of the parameters of 11th Amendment immunity. That argument fails. The events here are not the kind of ongoing wrongs for which prospective relief would be plausibly available. Indeed, the events at issue occurred over a few weeks in 2022 at a prison where Mr. Hammond is no longer housed.

*****

**AND NOW**, this 19th day of October, 2026, it is hereby **ORDERED** that Judge Brown's R&R (ECF 62) is **ADOPTED** in full.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Khalil Hammond
KC 9993
SCI DALLAS
1000 Follies Road
Dallas, PA 18612